UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH GUGLIELMO,

                Plaintiff,

-v-

CYCLE GEAR, INC.,

                Defendant.

CIVIL ACTION NO.: 20 Civ. 5924 (JPO) (SLC)

**ORDER TO INITIATE DEFAULT PROCEEDINGS**

**SARAH L. CAVE,** United States Magistrate Judge:

On August 317, 2020, Plaintiff filed proof of service that indicated the Complaint in this action was served on July 31, 2020, with Defendant's Answer due on August 21, 2020.  (ECF No. 6).  No Answer having been filed on the docket, Plaintiff is hereby ORDERED to request a Certificate of Default from the Clerk of Court and to file a Motion for Default Judgment in accordance with the Individual Practices of the Honorable J. Paul Oetken, Rule 55 of the Federal Rules of Civil Procedure, and S.D.N.Y. Local Rule 55 by no later than **September 18, 2020**.

Dated:      New York, New York
              September 4, 2020

SO ORDERED

_____
SARAH L. CAVE
United States Magistrate Judge