

YAAKOV SAKS▲*
JUDAH STEIN▲
RAPHAEL DEUTSCH ^
DAVID FORCE ▲

▲ NJ & NY Bar Admissions
^ CT & NJ Bar Admissions
▪ NJ Bar Admission
*Federal Court Bar Admissions
CO, TX, WI, MO, NE, NM, IL, ND, MI, CT, AR, TN

285 Passaic Street, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

September 17, 2020

VIA ECF
Hon. Judge Sarah L. Cave
United States Magistrate Judge
Southern District of New York
40 Centre Street
New York, NY 10007

Re:   Guglielmo v. Cycle Gear, Inc.; Case No: 1:20-cv-05924-JPO-SLC

To the Honorable Judge Cave,

The undersigned represents Plaintiff Joseph Guglielmo (hereinafter "Plaintiff") in the above-referenced matter.

This Letter is submitted in response to the Court's September 4, 2020 Order directing Plaintiff to move for a Default Judgment by September 18, 2020.

Plaintiff is in the process of obtaining a Certificate of Default from the Clerk of the Court as to Cycle Gear, Inc., and will promptly be filing its Motion for a Default Judgement in accordance with the Court's Individual Rules.

In light of the above, Counsel for Plaintiff respectfully requests an additional 21 days in which to move for Default Judgment if Defendant fails to appear.

Thank you for the consideration of Plaintiff's request.

Respectfully submitted,

/s/ *David P. Force*
David P. Force, Esq