UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JOSEPH GUGLIELMO,

                        Plaintiff,

        -against-                                  20 **CIVIL** 5924 (JPO)

**JUDGMENT**

CYCLE GEAR, INC.,

                        Defendant.
----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 13, 2020, Plaintiff has not responded to Judge Cave's order to show cause. This case is dismissed for failure to prosecute without prejudice and judgment is entered in favor of Defendants; accordingly, this case is closed.

**Dated:** New York, New York

         November 13, 2020

                                                         **RUBY J. KRAJICK**

                                                          **Clerk of Court**

                             **BY:**

                                                          **Deputy Clerk**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/13/2020